JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H-D U.S.A., LLC and HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AFFLICTION HOLDINGS LLC, <br><br> Defendant. | CASE NO. 2:20-cv-01642-VAP-MRW <br><br> **HON. VIRGINIA A. PHILLIPS** <br><br> **ORDER OF DISMISSAL** |

Plaintiffs, H-D U.S.A., LLC and Harley-Davidson Motor Company Group, LLC, and Defendant Affliction Holdings LLC, having stipulated and agreed thereto that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the confidential Settlement Agreement entered into by the parties, this action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: March 29, 2021

_____
Honorable Virginia A. Phillips
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/
Donald L. Ridge
**CLARK HILL LLP**

*Attorneys for Plaintiffs*
*H-D U.S.A., LLC and*
*Harley-Davidson Motor Company Group, LLC*

{1299855;v1 }